[pic]

| | |Court of Appeals | | |
|BRIAN QUINN | | | |VIVIAN LONG |
|Chief Justice | |Seventh District of Texas | |Clerk |
| | |Potter County Courts | | |
|JAMES T. CAMPBELL | |Building | | |
|Justice | |501 S. Fillmore, Suite 2-A | | |
| | |Amarillo, Texas 79101-2449 | |MAILING ADDRESS: |
|MACKEY K. HANCOCK | |www.txcourts.gov/7thcoa.asp| |P. O. Box 9540 |
|Justice | |x | |79105-9540 |
| | | | | |
|PATRICK A. PIRTLE | | | | |
|Justice | | | |(806) 342-2650 |

 October 16, 2015

|J. William Richmond |Brooks Barfield, Jr. |
|Assistant County Attorney |BARFIELD LAW FIRM |
|500 S Fillmore St, Room 303 |P. O. Box 308 |
|Amarillo, TX 79101 |Amarillo, TX 79105-0308 |
|* DELIVERED VIA E-MAIL * |* DELIVERED VIA E-MAIL * |

RE: Case Number: 07-15-00205-CR, 07-15-00206-CR, 07-15-00207-CR
 Trial Court Case Number: 141066, 141094, 141118

Style: Daniel Lee Ainsworth v. The State of Texas

Dear Counsel:F

 State's brief is filed on Monday, October 12, 2015.

 Very truly yours,
 Vivian Long
 VIVIAN LONG, CLERK

| | |